1  Jeffrey G. Sheldon (SBN 67516)
   jsheldon@leechtishman.com
2  Douglas H. Morseburg (SBN 126205)
   dmorseburg@leechtishman.com
3  **LEECH TISHMAN FUSCALDO & LAMPL**
   100 Corson Street, Third Floor
4  Pasadena, California  91103-3842
   Telephone:  (626) 796-4000
5  Facsimile:   (626) 795-6321

6  Attorneys for Plaintiff
7  Capital Funding Group, Inc.

8  Richard Ormond (SBN 207442)
   rormond@buchalter.com
9  BUCHALTER NEMER, PC
   1000 Wilshire Blvd, Suite 1500
10 Los Angeles, California 90017-1730
   Telephone: (213) 891-5217
11
12 Attorneys for Defendant
   Continental Funding Group, Inc.

13               **UNITED STATES DISTRICT COURT**

14              **CENTRAL DISTRICT OF CALIFORNIA**

15                    **WESTERN DIVISION**

16

17 CAPITAL FUNDING GROUP, INC., a       Case No.: 2:16-cv-06710-TJH (Ex)
18 Maryland corporation,
                                        Hon. Terry J. Hatter, Jr.
19
20                    Plaintiff,        **STIPULATION FOR DISMISSAL**

21               vs.

22

23 CONTINENTAL FUNDING GROUP,
24 INC., a California corporation, and
   DOES 1-10, inclusive,
25
26                    Defendants.

27

28

---

Plaintiff, Capital Funding Group ("CFG" or "Plaintiff"), by and through its undersigned counsel, and Defendant Continental Funding Group, Inc. ("Continental" or "Defendant"), by and through its undersigned counsel, stipulate and agree to dismiss the above-captioned action with prejudice as to Defendant pursuant to FRCP 41(a)(2), and hereby moves this Court for the same.

As grounds therefor, Plaintiff and Defendant state as follows:

1.     Plaintiff and Defendant have agreed to terms of a settlement, executed a Term Sheet on November 23 2016, and executed a comprehensive Settlement Agreement on December 27, 2016 that includes, inter alia, a dismissal with prejudice.

2.     This is an action for trademark infringement and unfair competition, and as noted in Section 1.a the parties agreed to allow Defendant until Tuesday, February 14, 2017 to remediate occurrences of CFG that were in use as of the date of complete execution of the Term Sheet, including but not limited to as a domain name, Internet metadata, advertising keywords, social media, other online marketing or any other uses.  Defendant has apparently complied.

3.     The Parties stipulate and agree to dismiss the above-captioned action with prejudice pursuant to FRCP 41(a)(2), and the parties further stipulate that the parties shall bear their own attorney's fees, expenses and costs.

4.     A [Proposed Order] is being filed contemporaneously herewith.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1   Respectfully submitted,

2   Dated: March 1, 2017    LEECH TISHMAN FUSCALDO & LAMPL

3

4   By: /s/Jeffrey G. Sheldon

5       Jeffrey G. Sheldon
        Douglas H. Morseburg

6   Attorneys for Plaintiff Capital Funding

7   Group, Inc.

8   Dated: March 1, 2017    BUCHALTER NEMER, PC

9

10  By:  /s/Richard Ormond

11      Richard Ormond

12  Attorneys for Defendant Continental
    Funding Group, Inc.

13

14

15  Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2), the filer hereby attests that

16  all other signatories listed, and on whose behalf the filing is submitted, concur in the

17  filing's content and have authorized the filing.

18

19

20

21

22

23

24

25

26

27

28